### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Brenda Hall, individually and as Personal Representative of the Estate of Levi Grant; and Gaylord Grant, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil No. 4:05-cv-067 |
| | ) | |
| Fru Con Construction Corporation, and J.D. Steel Company, Inc., John Doe and Jane Roe I through X, | ) ) ) | **ORDER ADOPTING STIPULATION AND DISMISSING CASE** |
| | ) | |
| Defendants. | ) | |

_____

Pursuant to the stipulation of the parties (Docket No. 15) this action is hereby

**DISMISSED** with prejudice and without costs to any party.  Let Judgment be entered

accordingly.

**IT IS SO ORDERED**.

Dated this 9th day of January, 2006.

/s/ *Patrick A. Conmy*
Patrick A. Conmy, Senior District Judge
United States District Court